SOLOMON MARTIN, PETITIONER-RESPONDENT, v. J. LICHT-
MAN & SONS, RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Edward J. Abromson* for the respondent.

December 16, 1963.   Granted.

MARIO D. FATTORE, APPELLANT-RESPONDENT, v. POLICE
AND FIREMEN'S RETIREMENT SYSTEM OF NEW JER-
SEY, RESPONDENT-PETITIONER.

See same case below : 80 *N. J. Super.* 541.

*Mr. Arthur J. Sills* and *Mr. Vincent E. Hull, Jr.,* for the
petitioner.

*Mr. Abram A. Lebson* and *Mr. Milton Prigoff* for the
respondent.

December 16, 1963.   Denied.